**Order filed October 3, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00408-CV

_____

**FELIX AUZ, Appellant**

**V.**

**CITIMORTGAGE, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellees**

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2011-37321

## O R D E R

Appellant's brief was due **September 4, 2013**. No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **November 4, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM